UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIO ZUNIGA, | : |
| Petitioner | : CIVIL ACTION NO. 3:20-1214 |
| | : (JUDGE MANNION) |
| v. | : |
| CATRICIA HOWARD, | : |
| Respondent | : |

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. Zuniga's petition for writ of habeas corpus (Doc. 1), pursuant to 28 U.S.C. §2241, is **DISMISSED** for lack of subject matter jurisdiction.

2. The Clerk of Court is directed to **CLOSE** this case.

**MALACHY E. MANNION**
**United States District Judge**

Dated: June 30, 2023
20-1214-01-ORDER